Argued and submitted October 22, reversed and remanded for trial October 31, 1984

STATE OF OREGON,
*Appellant,*

*v.*

TIMOTHY WANNASSAY,
*Respondent.*

(M325173; CA A32028)

689 P2d 1329

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for appellant. On the brief were Dave Frohnmayer, Attorney General, James E. Mountain, Jr., and Robert E. Barton, Assistant Attorney General, Salem.

Craig P. Colby, Portland, filed the brief for respondent.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

This is a criminal case in which the pertinent events began when a police officer, from a place where he had a right to be, saw an open container of an alcoholic beverage in an occupied automobile. The trial court erred in suppressing evidence seized thereafter.

Reversed and remanded for trial.